IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS R. JENKINS, K-14317, | ) | |
| Petitioner, | ) | No. C 99-4450 CRB (PR) |
| vs. | ) | ORDER |
| RICK HILL, Warden, | ) | (Docket # 28) |
| Respondent. | ) | |

    Petitioner, a state prisoner currently incarcerated at Folsom State Prison, has filed a second notice of appeal and request for a certificate of appealability (COA) from the May 3, 2001 order of this court denying on the merits his petition for a writ of habeas corpus under 28 U.S.C. § 2254.

    Petitioner first filed a notice of appeal and request for a COA on June 20, 2001. The court denied a COA on June 25, 2001, and the Ninth Circuit denied a COA as well a couple of months later. Petitioner claims that a COA is in order nine years later due to "new evidence and new facts."

    Petitioner's request must be treated as a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 because it advances one or more claims for relief from the state court's judgment of conviction. Cf. Gonzalez v. Crosby, 545 U.S. 524, 530-31 (2005) (motion for reconsideration that contains one or more claims for relief from a state court's judgment of conviction is, if not in substance a successive habeas petition, at least similar enough that failing to subject it to the same requirements would be inconsistent with the habeas statute); Allen v. Ornoski, 435 F.3d 946, 957 (9th Cir. 2006) (motion for

|   |   |
|---|---|
| 1 | reconsideration should be treated as a successive habeas petition if the factual |
| 2 | predicate for the motion also states a claim for a successive petition under |
| 3 | 28 U.S.C. § 2244(b)).  But a second or successive petition may not be filed in this |
| 4 | court unless petitioner first obtains from the United States Court of Appeals for |
| 5 | the Ninth Circuit an order authorizing this court to consider the petition.  See 28 |
| 6 | U.S.C. § 2244(b)(3)(A).  Petitioner has not obtained such an order from the Ninth |
| 7 | Circuit.  The petition/request accordingly is DISMISSED without prejudice to |
| 8 | refiling if petitioner obtains the necessary order. |
| 9 | SO ORDERED. |
| 10 | DATED:  12/17/2010 |

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.99\Jenkins, L1.coa.wpd

2